FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 12 2007 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————X

RODWELL POOLE,

          Petitioner,

-against-

MICHAEL CHERTOFF 'SECRETARY'
(Department of Homeland Security "DHS");
CHRISTOPHER SHANAHAN (Director
of "DHS" New York division),

          Respondents.
———————————————————X

CIVIL JUDGMENT
06-CV-6306 (JG)

Pursuant to the order issued on January 9, 2007 by the Honorable John Gleeson, United States District Judge, dismissing the action, it is,

**ORDERED, ADJUDGED AND DECREED:** That the petition is hereby dismissed.

The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from the Court's order would not be taken in good faith.

s/John Gleeson
———————————————
JOHN GLEESON
United States District Judge

Dated: Brooklyn, New York
       January 9, 2007